■ CALEDONIA MOBILE HOME PARK LLC et al., Respondents, v LEATHER FURNITURE WORLD, INC., Also Known as LEATHER WORLD, INC., et al., Appellants. (Appeal No. 2.) [821 NYS2d 544]—Appeal from a judgment of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered May 18, 2005. The judgment awarded plaintiffs the sum of $998,289.26.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Scudder, Gorski and Green, JJ.